IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

```
_____
UNITED STATES OF AMERICA,     )
                              )
V.                            )     Criminal No. 1:89cr196
                              )
SLADE MILLER,                 )
              Defendant.      )
_____)
```

**ORDER**

This matter comes before the Court on the Defendant's motion to modify and reduce the term of imprisonment heretofore imposed. It appearing to the Court that it is without authority to entertain such motion, it is hereby

ORDERED that the Defendant's motion is DENIED.

```
                              /s/
                    _____
                    UNITED STATES DISTRICT JUDGE
```

Alexandria, Virginia
June 9   , 2005